# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NICHOLAS CONNERS, IN HIS CAPACITY AS FATHER AND NATURAL TUTOR OF NILIJAH CONNERS** | * | **CIVIL ACTION** |
| | * | **NUMBER: 15-101** |
| | * | **SECTION: "J"** |
| vs. | * | **JUDGE CARL J. BARBIER** |
| **JAMES POHLMANN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF ST. BERNARD PARISH; ST. BERNARD PARISH SHERIFF'S OFFICE; AND JOHN DOE** | * | **MAGISTRATE 2** |
| | * | |
| | * | |
| * * * | | |

## ORDER

Considering the Government's Uncontested Motion to Intervene and Stay Civil Proceedings and Incorporated Memorandum **(Rec. Doc. 6)**, and for the reasons set forth therein,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Civil Case be stayed until the resolution of the ongoing federal criminal civil rights investigation.

New Orleans, Louisiana, this 27th day of March, 2015.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE