UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICHOLAS CONNERS, in his capacity as father and natural tutor, and MONIQUE McCOY and JEFFREY McCOY in their capacity as tutors of NILIJAH CONNORS | * * * | CIVIL ACTION<br><br>NO. 15-00101<br><br>SECTION "J" |
| Plaintiffs | | |
| VERSUS | * | MAGISTRATE 5 |
| JAMES POHLMANN, in his official capacity as Sheriff of St. Bernard Parish Sheriff's Office; ANDRE DOMINICK, in his individual capacity; TIMOTHY WILLIAMS, in his individual capacity; DEBRA BECNEL, in her individual capacity; LISA VACCARELLA, in her individual capacity; and THE PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY | * * * * * | |
| Defendants | | |
| * * * * * * * | | |

## ANSWER TO FIRST AMENDED COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, James Pohlmann, in his official capacity as Sheriff of St. Bernard Parish Sheriff's Office, and answers the First Amended Complaint of plaintiffs, Nicholas Conners, in his capacity as father and natural tutor, and Monique McCoy, and Jeffrey McCoy in their capacity as tutors of Nilijah Conners, as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

The Court lacks jurisdiction over the subject matter of this Complaint.

**THIRD DEFENSE**

Any alleged claim against the defendant has prescribed.

**FOURTH DEFENSE**

At all times pertinent herein, the defendant acted in good faith with reasonable belief in the lawfulness of his actions and is entitled to qualified immunity.

**FIFTH DEFENSE**

With full reservation of rights, including any and all of the foregoing defenses and including reservation of the right to set up additional defenses and special defenses after discovery has been completed, defendant denies, all and singular, the allegations of paragraphs 1 through 155 of the Complaint, for lack of sufficient knowledge and/or information to justify belief.

**AND NOW FURTHER ANSWERING,** defendant, James Pohlmann, in his official capacity as Sheriff of St. Bernard Parish Sheriff's Office, avers as follows:

The defendant specifically avers that if plaintiff was injured, then said injuries were the result of acts or omissions of third parties over whom the defendant had no control and/or for whose acts or omissions the defendant is not responsible.

**WHEREFORE,** defendant, James Pohlmann, in his official capacity of Sheriff of St. Bernard Parish Sheriff's Office, demands judgment in his favor dismissing the Complaint of plaintiffs at plaintiffs' cost.

Respectfully submitted,

GUTIERREZ & HAND

/s/ Mary Ann Hand
MARY ANN HAND (#1401)
SALVADOR E. GUTIERREZ, JR. (#6380)
2137 Jackson Boulevard
Chalmette, Louisiana 70043
Telephone: (504) 277-7755
Facsimile: (504) 277-0071
gutierrezhand@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Andrew D. Bizer, Garret S. DeReus and Emily A. Westermeier

/s/ Mary Ann Hand