UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x

NICHOLAS CONNORS, in his capacity as father
and natural tutor, and MONIQUE McCOY, and
JEFFREY McCOY in their capacity as tutors of
NILIJAH CONNORS,

       Plaintiffs,

v.

JAMES POHLMAN, in his official capacity as
Sheriff of St. Bernard Parish Sheriff's Office;
ANDRE DOMINICK, in his individual capacity;
TIMOTHY WILLIAMS, in his individual capacity;
DEBRA BECNEL, in her individual capacity;
LISA VACCARELLA, in her individual capacity;
and THE PRINCETON EXCESS AND SURPLUS
LINES INSURANCE COMPANY,

       Defendants.

------------------------------------------------------------x

CIVIL ACTION NO: 2:15-cv-00101

JUDGE BARBIER

MAGISTRATE JUDGE
CURRAULT

## ENTRY OF DEFAULT

Considering the Request for Entry of Default by Plaintiffs Nicholas Conners, Jeffrey McCoy and Monique McCoy,

The default of Defendant <u>TIMOTHY WILLIAMS</u> is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Carol L. Michel
Name of clerk of court

Deputy clerk's signature

Date: _____Feb 12 2021_____